**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

FILED IN OPEN COURT
U.S.D.C. - Atlanta

AUG 1 9 2010

JAMES N. HATTEN, Clerk
By: _____
Deputy Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL INFORMATION |
| v. | : | |
| | : | NO. 1:10-CR-**354** |
| CARL WILLIAM WRIGHT | : | |
| DEFENDANT. | : | |

THE UNITED STATES ATTORNEY CHARGES THAT:

COUNT 1
(Conspiracy)

1.  From in or about no later than January of 2005, through at least in or about January of 2006, in the Northern District of Georgia and elsewhere, defendant CARL WILLIAM WRIGHT, did willfully, knowingly and unlawfully combine, conspire, confederate, agree and have a tacit understanding with C.H., S.M., P.H., D.H., L.S., W.J. and others, known and unknown to the United States Attorney, to commit certain offenses against the United States, including the following:

(a) To knowingly execute and attempt to execute a scheme and artifice to defraud First National Bank of Arizona, and IndyMac Bank, and Charter Bank, federally insured depository financial institutions, as defined in Title 18, United States Code, Section 20, and to obtain the money, funds and property of such institutions by means of materially false and fraudulent pretenses, representations and promises, in violation of Title 18, United States Code, Section 1344.

(b) To devise and attempt to devise a scheme and artifice to defraud mortgage lenders, including but not limited to: Novastar Mortgage; Market Street Mortgage; Freemont Investment & Loan; Argent Mortgage Co.; New Century Mortgage Corporation; Long Beach Mortgage Corporation; Southstar Funding; GreenPoint Mortgage Funding, Inc.; First Franklin ⬛⬛; Benchmark Funding Corporation; Firth Third Mortgage Company; First Magnus Funding Corporation; SunTrust Mortgage Inc.; American Mortgage Express Financial; and The New York Mortgage Company, LLC, by submitting and causing to be submitted materially false and fraudulent information and documentation and other fraudulent representations to obtain mortgage loans, causing the Postal Service and other interstate carriers to be used and interstate wire communications to be made in furtherance of said scheme and artifice to defraud, in violation of Title 18, United States Code, Sections 1341 and 1343; and

(c) To knowingly engage in monetary transactions in the United States which affected interstate commerce, involving criminally derived property of a value greater than $10,000, that was derived from specified unlawful activity, that is, acts indictable under Title 18, United States Code, Sections 1344, 1341 and 1343, being bank fraud, mail fraud, and wire fraud as further described herein, in violation of Title 18, United States Code, Section 1957.

-2-

## Background

2.    It is relevant to this Information that, during the time period relevant to this conspiracy:

(a) CARL WILLIAM WRIGHT is an attorney licensed in the State of Georgia for over thirty years.  He practiced under the name Carl W. Wright P.C.

(b) C.H., and S.M. operated "Capital Street Investments, Inc." in the Northern District of Georgia.

(c) D.H., L.S. and W.J. operated "Blitz Investments Group, Inc.", a/k/a "B.I.G. Holdings, LLC" in the Northern District of Georgia.

(d) P.H. operated "CPH Investments, Inc." in the Northern District of Georgia.

(E) P.H. and J.B. operated "H.P.J. Enterprises, LLC" in the Northern District of Georgia.

## Manner and Means

3.    The manner and means by which the conspiracy was sought to be accomplished included, among others, the following:

(a)  To arrange for the purchase of certain residential properties, that being one or more units in four-unit buildings purportedly converted from apartments to condominiums, in the names of "Straw Borrowers," that being persons who did not intend to make the payments on the mortgages acquired in their name.

(b) To obtain a fraudulently inflated appraisal of the units

-3-

to be sold.

(c) To prepare and submit, or pay or induce other co-conspirators, to submit documents containing false qualifying information concerning the Straw Borrowers to financial institutions and mortgage companies to obtain mortgage loans.

(d) To falsely represent to the lender how the Straw Borrower intended to use the property.

(e) To falsely represent to the lender that the Straw Borrower had paid earnest money or a down payment to the seller.

(f) To falsely represent to the lender that the Straw Borrower had provided additional funds to close on the purchase when in fact such funds were not paid or were paid by a co-conspirator other than the borrower.

(g) To, without the knowledge or consent of the lender, enter into an agreement with the Straw Borrower that such person would not be responsible for any loan payments for the loan obtained in their name.

(h) To, without the knowledge or consent of the lender, pay the Straw Borrower for the use of their name and credit rating to obtain the mortgage loan.

(i) To, prior to the sale to the Straw Borrower, file one or more lien against the unit for the purpose of paying out loan proceeds to co-conspirators without the knowledge of the lender.

(j) To, without the knowledge or consent of the lender, make

-4-

pay-outs of loan proceeds contrary to the payments reflected in the HUD-1 closing statement.

### Overt Acts

4. In furtherance of the conspiracy, and in order to effect the purposes and objects thereof, defendant CARL WILLIAM WRIGHT and other co-conspirators, not named as defendants herein, committed the following overt acts, among others, in the Northern District of Georgia and elsewhere:

On or about the dates listed below:

| Overt Act | Date | Event |
|-----------|------|-------|
| A | 02/25/2005 | WRIGHT closes four loans from IndyMac Bank on 940 Bolton Rd units B 5-8 to Straw Borrower L.M.  The HUD-1 settlement statement WRIGHT provided to the lender indicated that L.M. had provided over $36,000 cash to close when in fact L.M. provided no such funds. Also contrary to the HUD-I, WRIGHT retained over $18,000 of the loan proceeds to be applied to an unrelated transaction |
| B | 02/25/2005 | WRIGHT closes four loans from IndyMac Bank on 950 Bolton Rd units A 1-4 to Straw Borrower D.H. The HUD-1 settlement statement WRIGHT provided to the lender indicated that D.H. had provided over $38,000 cash to close when in fact D.H. provided no such funds. Also contrary to the HUD-I, WRIGHT retained over $16,000 of the loan proceeds to be applied to an unrelated transaction |
| C | 03/28/2005 | WRIGHT closes four loans from Argent Mortgage Company on 950 Bolton Rd units E 1-4 to Straw Borrower T.C.  The HUD-1 settlement statement WRIGHT provided to the lender indicated that T.C. had provided over $51,000 cash to close when in fact T.C. provided no such funds. Blitz Investment Group received over $54,000 and CPH Investments Inc. received over $40,000 from this transaction.  The lender funded this loan with an interstate wire on 3/28/05 from the lender's California bank to WRIGHT in the Northern District of Georgia. |

| Overt Act | Date | Event |
|-----------|------|-------|
| D | 06/02/2005 | WRIGHT closes eight loans from Market Street Mortgage on 1020 Bolton Rd units 3A and B, 4A, B and C, 5A and B, and 6B to Straw Borrower A.B.   The HUD-1 settlement statement WRIGHT provided to the lender indicated that A.B. had provided over $50,000 cash to close each of these transactions when in fact A.B. provided no such funds. B.I.G. Holdings, LLC received over $20,000 and CPH Investments, Inc. received over $27,000 from each such transaction.   NetBank funded this loan on behalf of Market Street Mortgage on 6/02/2005. |
| E | 06/13/05 | WRIGHT closes a loans from First National Bank of Arizona on 1020 Bolton Rd unit 14B to Straw Borrower K.B.   The HUD-1 settlement statement WRIGHT provided to the lender indicated that K.B. had provided over $41,000 cash to close each of these transactions when in fact K.B. provided no such funds.  B.I.G. Holdings, LLC received over $20,000 and CPH Investments received over $39,000 from each such transaction. |
| F | 01/27/06 | WRIGHT closes a loan from New Century Mortgage Corporation on 1470 Bouldercrest Road, Unit M to Straw Borrower I.N.  The HUD-1 settlement statement WRIGHT provided to the lender indicated that I.N. had provided over $50,000 cash to close when in fact I.N. provided no such funds. H.P.J. Enterprises, LLC received over $32,000 and BIG Holdings received over $20,000 from this transaction.  The lender funded this loan with a interstate wire on 1/30/06 from the lender's New York bank to WRIGHT in the Northern District of Georgia. |

All in violation of Title 18, United States Code, Section 371.

COUNT 2
(Money Laundering 18 USC § 1957)

5.   The United States Attorney realleges the factual allegations stated in Count 1 of this Information and incorporates the same by reference herein.

6.   On or about January 27, 2006 in the Northern District of

Georgia and elsewhere, defendant CARL WILLIAM WRIGHT, did knowingly engage in a monetary transaction of over $10,000 by, through, and to a financial institution, that being the SunTrust account of Carl W. Wright P.C., affecting interstate and foreign commerce, which transaction involved criminally derived loan proceeds, having been derived from a specified unlawful activity, to wit, the bank fraud as further described in Count 1 (overt act F) of this Information.

All in violation of Title 18, United States Code, Sections 2 and 1957.

SALLY Q. YATES
UNITED STATES ATTORNEY

BARBARA E. NELAN
ASSISTANT UNITED STATES ATTORNEY
75 Spring Street, S.W.
Suite 600
Atlanta, GA 30303
404/581-6042
Georgia Bar No. 537537