AO 455 (Rev.5/85)   Waiver of Indictment

**ORIGINAL**

FILED IN OPEN COURT
U.S.D.C. - Atlanta

AUG 1 9 2010

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

# United States District Court

NORTHERN DISTRICT OF GEORGIA

UNITED STATES OF AMERICA

v.

CARL WILLIAM WRIGHT

**WAIVER OF INDICTMENT**

CASE NUMBER: 1:10-CR-354

I, _CARL WILLIAM WRIGHT_, the above named defendant, who is accused of violation of Title 18, United States Code, Sections 1344 and 1957, being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on August 19, 2010, prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
CARL WILLIAM WRIGHT
Defendant

_____
WILLMER PARKER III
Counsel for Defendant

Before _____
           Judicial Officer