# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:10-cr-00354-WSD
## USA v. Wright
## Honorable William S. Duffey, Jr.

Minute Sheet for proceedings held In Open Court on 09/01/2010.

TIME COURT COMMENCED: 9:47 A.M.
TIME COURT CONCLUDED: 11:10 A.M.
TIME IN COURT: 1:23
COURT REPORTER: Nick Marrone
USPO: Becky Valagohar
DEPUTY CLERK: Jessica Birnbaum

| | |
|---|---|
| DEFENDANT(S): | [1]Carl William Wright Present at proceedings |
| ATTORNEY(S) PRESENT: | Barbara Nelan representing USA<br>Wilmer Parker representing Carl William Wright |
| PROCEEDING CATEGORY: | Plea (to a Criminal Information) |
| PLEADINGS FILED IN COURT: | CORRECTED Criminal Information; Guilty Plea and Plea Agreement |
| MINUTE TEXT: | Plea hearing held. Corrected Criminal Information filed into the record to correct a scrivener's error. The Court informed Dft of his rights. Plea agreement tendered to the Court. The Dft pleaded guilty to both counts of the corrected Criminal Information. The Court accepted Dft's plea of guilty. Sentencing date not set at this time. Dft to remain on bond. |
| HEARING STATUS: | Hearing Concluded |